FILED

05/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0119

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0119

IN THE MATTERS OF:

B.D. and N.D.,

Youths in Need of Care.

## ORDER

Upon consideration of Appellant Mother, T.L.B.'s, motion to consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. DA 24-0119 and DA 24-0121 are hereby consolidated under Cause No. DA 24-0119 and henceforth captioned In the Matters of B.D. and N.D.

Electronically signed by:
Mike McGrath
ORDER
Chief Justice, Montana Supreme Court
May 28 2024